IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT JOSEPH CARRILLO, )
                                          )
           Plaintiff,           )      No. C 06-7243 CRB (PR)
                                          )
   v.                                      )      ORDER
                                          )
MIKE EVANS, et al.,           )
                                          )
          Defendant(s).       )
_____ )

       Per order filed on January 16, 2007, the court dismissed without prejudice plaintiff's prisoner complaint for failure to pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months.  See 28 U.S.C. § 1915(a)(2).  Plaintiff had been advised that failure to pay or file the requested items within 30 days would result in dismissal of the action.

       Plaintiff's post-judgment request for an extension of time to file the requested items is denied.  He is reminded that the action was dismissed without prejudice.  He is free to file a new action accompanied by the requisite filing fee or in forma pauperis application.

SO ORDERED.

DATED: Feb. 01, 2007           _____
                                                     CHARLES R. BREYER
                                                     United States District Judge